FILED: August 10, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 17-1925
(3:17-cv-00407-HEH)

---

DAVID A. CAMPBELL

Plaintiff - Appellant

v.

STONEMOR PARTNERS, LP

Defendant - Appellee

and

PAULA HARRIS, RVP; ANITA DEEB, Area Manager; LAUREN BAILEY, HR Compliance Manager; GINA MACK, Director Benefits & Administration

Defendants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:17-cv-00407-HEH |
| Date notice of appeal filed in originating court: | 08/08/2017 |
| Appellant (s) | David A. Campbell |
| Appellate Case Number | 17-1925 |
| Case Manager | Cathy Tyree Herb<br>804-916-2724 |