FILED: January 12, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-1925
(3:17-cv-00407-HEH)

DAVID A. CAMPBELL

Plaintiff - Appellant

v.

STONEMOR PARTNERS, LP

Defendant - Appellee

and

PAULA HARRIS, RVP; ANITA DEEB, Area Manager; LAUREN BAILEY, HR Compliance Manager; GINA MACK, Director Benefits & Administration

Defendants

M A N D A T E

The judgment of this court, entered 12/21/2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*